**This order is SIGNED.**

**Dated: May 24, 2021**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

kw

Philip G. Jones, (1748)
Chapter 7 Trustee
1215 South Main
Orem, UT 84058
Telephone: (801) 224-5750
Email: Trustee@Theo7.com

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Bankruptcy No. 20-21005 |
|---|---|
| SEAN A CLAWSON, | Chapter 7 |
| Debtor(s). | Judge:  KEVIN R ANDERSON |

ORDER ON TRUSTEE'S OBJECTION TO CLAIMS 4, 5, 6, 7, 8, 11, 12, 13, 14, 16, 17, 18, 19, 21, 22, 25, 26, 27, 29, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 48, 50, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, AND 65.

This matter having come before the Court on the Objection of the Chapter 7 Trustee, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  That Claims 4, 5, 6, 7, 8, 11, 12, 13, 14, 16, 17, 18, 19, 21, 22, 25, 26, 27, 29, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 48, 50, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65 are disallowed in their entirety.

-------------------------------------------------end of document--------------------------------------------------

# DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing ORDER ON TRUSTEE'S OBJECTION TO CLAIMS 4, 5, 6, 7, 8, 11, 12, 13, 14, 16, 17, 18, 19, 21, 22, 25, 26, 27, 29, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 48, 50, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65 shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
Philip G. Jones tr trustee@theo7.com, pjones@ecf.epiqsystems.com;pgj@trustesolutions.net
Mark S. Middlemas LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
Nicholas R. Russell nrussell@roruss.com, paralegal@roruss.com;rorusslaw@gmail.com; srogers@roruss.com;la@roruss.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

All parties on the Court's official case matrix.

_____
(Signature)